AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Timothy Edwin Rakes  <br>*Plaintiff*  <br>v.  <br>Commissioner of the Social Security Administration  <br>*Defendant* | Civil Action No.    5:21-666-KDW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Kaymani D. West, United States Magistrate Judge.

Date:     April 5, 2022

ROBIN L. BLUME  
*CLERK OF COURT*

s/ Glenda J. Nance  
*Signature of Clerk or Deputy Clerk*